ESTHER R. ANDERSON, Respondent, v. THE BEDELL COMPANY, Appellant.— Order reversed on the facts, with costs, and verdict reinstated, with costs. The evidence presented a fair question of fact. There was no preponderance of evidence in favor of the plaintiff. All concur.

JOHN AUGEROT, Respondent, v. EDWARD BUZZELLI and Others, Appellants.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event.

MARIAN ALENT, an Infant, etc., Appellant, v. MORRIS KAPLAN, Respondent.— Judgment and order affirmed, with costs. All concur, except Crosby, J., not voting.

CARMELLA GUELLI, an Infant, etc., Respondent, v. IRMINA A. RILEY, Also Known as IRMINA FINK, Appellant.— Judgment and order affirmed, with costs. All concur, except Edgcomb and Thompson, JJ., who dissent and vote for reversal on the law and facts and for granting a new trial, on the ground that the court erred in permitting plaintiff's attorney to cross-examine plaintiff's witness Snyder, whom he had vouched for as worthy of belief, in an endeavor to impeach his evidence, and upon the further ground that counsel for plaintiff exceeded the proper limits in his summary.

JOSEPH GUELLI, Respondent, v. IRMINA A. RILEY, Also Known as IRMINA FINK, Appellant.— Judgment and order affirmed, with costs. All concur, except Edgcomb and Thompson, JJ., who dissent and vote for reversal on the law and facts and for granting a new trial, on the ground that the court erred in permitting plaintiff's attorney to cross-examine plaintiff's witness Snyder, whom he had vouched for as worthy of belief, in an endeavor to impeach his evidence, and upon the further ground that counsel for plaintiff exceeded the proper limits in his summary.

RAYMOND V. GREEN, Appellant, v. SYRACUSE UNIVERSITY, Respondent.— Judgment affirmed, with costs. All concur, except Crosby, J., not voting.

In the Matter of the Application of GRACE R. WHITE and LEONARD L. REYNOLDS for a Certiorari Order in Behalf of Themselves and All Others Similarly Situated, Appellants, against BOARD OF APPEALS OF THE CITY OF ROCHESTER, Respondent, and MORRIS COHEN, Intervenor, Respondent.— Order affirmed, with costs. All concur, except Crosby, J., not voting.

BEULAH D. BARDO, as Administratrix, etc., of CARL A. BARDO, Deceased, Respondent, v. WALTER H. CLEVELAND and Another, Appellants.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict of the jury is against the weight of the evidence and that the trial court erred in charging the jury that the certificate of death was presumptive proof of the cause of death and in admitting the certificate in evidence. All concur, except Crosby, J., not voting.

LIBERA BRENNA, as Administratrix, etc., of VITO BRENNA, Deceased, Respondent, v. ST. BARTHOLOMEW OF GERACE, Appellant.— Judgment affirmed, with costs. All concur, except Crosby, J., not voting.

SAMUEL R. BROWN, Respondent, v. NIEWENHOUS COMPANY, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Order entered June 16, 1933.

EMIL R. HOFFMAN, Respondent, v. BERT SKINNER, Appellant.— Orders reversed on the law and facts and verdict reinstated, with costs in all courts on the ground

that a fair question of fact was presented for the jury and it cannot be said that the verdict was against the weight of the evidence. All concur, except Crosby, J., not voting.

PEARL T. HOFFMAN, Respondent, v. BERT SKINNER, Appellant.— Orders reversed on the law and facts and verdict reinstated, with costs in all courts, on the ground that a fair question of fact was presented for the jury and it cannot be said that the verdict was against the weight of the evidence. All concur, except Crosby, J., not voting.

IRVING G. ROWLEY, Respondent, v. ERNEST REYNOLDS and Another, Appellants.— Judgment and order reversed on the law and the facts and defendants' motion for a directed verdict granted, with costs.

In the Matter of the Application of E. A. MIXER and Others for a Judicial Determination of Questions Arising under a Petition Requesting a Referendum against the VILLAGE OF FRANKFORT and Others.*— Motion for a reargument granted and upon the reargument the order of reversal entered March 15, 1933, is modified by striking out the statement that the contract for the purchase of the engines and equipment contravenes the Village Law and is invalid, and further by stating that all concurred. [See 239 App. Div. 758.]

UTICA GAS AND ELECTRIC COMPANY, Respondent, v. C. LESTER MERRY and Others, as Trustees of the Village of Frankfort, Herkimer County, N. Y., and Others, Appellants.†— Motion for a reargument granted and upon such reargument the order of affirmance entered March 15, 1933, is vacated and the orders appealed from are reversed, with ten dollars costs and disbursements and the motion of the defendants to dismiss the complaint is granted, with ten dollars costs. [See 239 App. Div. 751.]

MARY McCLUNG PARDEE and M. AND T. TRUST COMPANY, as Executors, etc., of JESSE HOMAN PARDEE, Deceased, Appellants, v. MUTUAL BENEFIT LIFE INSURANCE COMPANY, Respondent.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

JAMES G. TREMAINE, Respondent, v. WILLIAM P. HAINES, Appellant.— Motion for reargument denied, with ten dollars costs.

LE ROY C. PITCHER and Another, Respondents, v. JOHN M. SUTTON, Appellant.— Order of reversal amended so as to include a finding of fact that the plaintiffs severally had actual knowledge of the alleged facts claimed to constitute the alleged fraud complained of more than six years before the commencement of the action. Edgcomb, J., not sitting. [See 238 App. Div. 291; ante, p. 754.]

In the Matter of the Estate of NICHOLAS BOCHINO, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

CO-OPERATIVE FIRE INSURANCE COMPANY OF WYOMING AND GENESEE COUNTIES, Respondent, v. L. SONNEBORN SONS, INCORPORATED, Appellant, and RIB-STONE CONCRETE CORPORATION, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

GENESEE COUNTY PATRONS FIRE RELIEF ASSOCIATION, Respondent, v. L. SONNEBORN SONS, INCORPORATED, Appellant, and RIB-STONE CONCRETE CORPORATION, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of SAM ROBERTS for the Removal from Office of FRANK E. ROWE, Justice of the Peace in the Town of Bath, Steuben County.—

*Affd., 264 N. Y. 759.    †Affd., 264 N. Y. 411.